

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Zafres Lamonn McDonald, Appellant

No. 06-21-00054-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 50100-A).  Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating.    *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect that McDonald was convicted of a state jail felony.  We also modify the trial court's judgment to reflect that McDonald pled true to the State's first and second enhancement paragraphs and that the trial court found both enhancement allegations true.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Zafres Lamonn McDonald, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 2, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk